UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Bass, Sr.
N. R. B., Jr.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 08049 (CM)(__)

-against-

Purdue Pharma, LP, et al
State of New Jersey, et al,
(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022

MEMO ENDORSED

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [X] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Because of the complexity of the legal issues involved with my opiate related claims and its imperative due to the nature of my injuries and my son and daughter's claims

Copies mailed/faxed/handed to counsel on 3/1/2022

2/28/2022 - There is no matter presently pending before this court. This case is now pending in the Court of appeals  Colleen McMahon USDJ

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have seek legal help from attorneys, but financially I was unable to pay for the service of Brookes Law office, LLC. and other Attorneys, they were opiate related which I'll point out in my breif

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature: Ronald Bass, Sr.

Date: _____

Name (Last, First, MI): Bass, Ronald, Sr.

Address: 450 Little Place, #56

City: N. Plainfield   State: NJ   Zip Code: 07060

Prison Identification # (if incarcerated): _____

Telephone Number: 908-374-9321

E-mail Address (if available): ronaldbass12345@gmail.com

2