RECEIVED
SDNY PRO SE OFFICE

2025 JUN -9  AM II: 31

Daniel Ortiz, Clerk
Acting Clerk of Court Office
Daniel Patrick Moynihan, U.S. Courthouse
United States District Court
Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007

June 9, 2025,

**Re: Lead Case No. 7:21-cv-7532(CM) and 7:21-cv-08049(CM)**

Dear Mr. Ortiz, Clerk

Find copy of my letter to Judge Sean H. Lean, U.S.B.J. I am not voting for the restructuring of Purdue Pharma LP, et al., or the release of the Shackler family, et al., consistent with the Supreme Court decision in Harrington v. Purdue Pharma, LP, et al., under the merit of the case 11 U.S,C, § 1123(b)(6), see U.S. District Court Southern District of New York, Case No. 1:23-cv-4340 (Third Parties-non-debtors) liabilities.

Ronald Bass, Sr.

cc: Hon. Colleen McMahon, U.S.D.J.
    Hon. Laura Taylor Swain, U.S.D.J.
    Hon. Sean H. Lean, U.S.B.J.
    Attorney for Purdue Pharma, et al.,
    Attorney for the Creditors

Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, New Jersey 07060
(908) 374-9321
Email: Ronaldbass12345@gmail.com

Hon. Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
Southern District of New York            **Chapter 11**
300 Quarropas Street                     **Case No. 19-23649 (SHL)**
White Plains, New York 10601-4140

                                        **(Jointly Administered)**

        **Re: In re PURDUE PHARMA L.P.,** *et. al.,*
                **Debtors**

Dear Judge Lane

      I am not voting for the restructuring of the Purdue Pharma, LP, et al., plan under Chapter 11 and the ongoing hiring of professional services of public or private entities paid with extravagant fees for redundant discussion at the mediation hearings, which hasn't held the ***Sacklers Family, et al***., liable for personal injuries damages in my claims and, fraudulent conveyances, see 11 U.S.C. § 548 with Partners Pharmacy, LLC opioid distributors and the ***unjust enrichments of the State of New Jersey, et al 'Opioid Settlement'***; The Mediations  has not complied with the order and judgment of the Supreme Court of the United States, decision in Harrington v. Purdue Pharma, L.P., et al., § 1123(b)(6); I am being denied constitutional ***due process, 5th and 14th Amend.***

      "What functioning the court has been performing is smothered and surmised," in my ***core*** and ***non-core*** claims"; I, have not sited down with the Sacklers family, et al., or the State of New Jersey, et al., or any of the private or public person and entities that listed in my pharmaceutical records or insurance coverage under New Jersey Department of Human Services, et al., see New Jersey 1947 Constitution,  of **due process of life and liberty.**

cc: United State District Court, Clerk Office
    Pro se, Unit.

Courtesy copy to Judge's Chambers

Davis Polk & Wardell, LLP (Mr. Huebner)